**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

LAURA PANKOE,             :   No. 54 MAL 2020

          Respondent          :

                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

          v.                    :

RYAN PANKOE,            :

          Petitioner             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.